**EXHIBIT 1**

**PAYMENTS TO OSTAFI COMMUNICATIONS INC by BDC GROUP, INC.**

06.08.23        $16,511.40        ACH Payment from BDC Bank account,
                                                  recorded as BDC Group check #4105