jdgfrm 5/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

BDC Group, Inc.
Debtor

Chapter 7

Bankruptcy No. 23−00484

Renee K. Hanrahan
in her sole capacity as Trustee
Plaintiff

vs.

Ostafi Communications Inc.
Defendant

Adversary No. 25−09032

## JUDGMENT

The issues of this matter were considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, and a decision was reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED:**

that judgment be entered against Defendant Ostafi Communications Inc., in the amount of $16,511.40.

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

Deputy Clerk

Date of Issuance: August 7, 2025